HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALANZA ASIA CO. LTD., a Hong Kong corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation,<br><br>          Defendant. | Case No.  2:21-cv-01439-BJR<br><br>**STIPULATION AND ORDER TO STRIKE MOTION AND TRANSFER VENUE PURSUANT 28 U.S.C. § 1404** |

Plaintiff Balanza Asia Co. Ltd. and defendant Expeditors International of Washington, Inc. ("Expeditors") jointly stipulate, that Expeditors' pending Motion to Transfer Venue, Dkt. 14, be stricken; and pursuant to 28 U.S.C. § 1404, that the Court transfer this action to the U.S. District Court for the Southern District of New York.  The parties request that the Court enter the subjoined proposed order directing the Clerk to immediately transfer this case to the Southern District of New York.

**STIPULATION AND ORDER TO STRIKE MOTION AND TRANSFER VENUE PURSUANT 28 U.S.C. § 1404**- 1
CASE NO. 2:21-cv-01439-BJR
116719.0024/9130052.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED:  September 14, 2022

LANE POWELL PC

By: s/ *Steven W. Block*
Steven W. Block, NY State Bar No. 2121259
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
206.223.7718
blocks@lanepowell.com

*Attorney for Defendant Expeditors International of Washington, Inc.*

VI JEAN RENO

By: s/ *Vi Jean Reno*
Vi Jean Reno, WSBA No. 9385
Law Offices of Vi Jean Reno
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
206.464-0461
vjreno@renolawsea.com

*Attorney for Plaintiff Balanza Asia Co. Ltd.*

**STIPULATION  AND ORDER TO STRIKE MOTION AND TRANSFER VENUE PURSUANT 28 U.S.C. § 1404**- 2
CASE NO. 2:21-cv-01439-BJR
116719.0024/9130052.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER

The parties having so stipulated, it is hereby

ORDERED that Defendant's Motion to Transfer Venue, Dkt. 14, be and hereby is STRICKEN; and it is further

ORDERED that the Clerk shall transfer this case to U.S. District Court for the Southern District of New York under 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

DATED this 23rd day of September, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO STRIKE MOTION AND TRANSFER VENUE PURSUANT 28 U.S.C. § 1404**- 3
CASE NO. 2:21-cv-01439-BJR
116719.0024/9130052.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107